LEVI S. STOCKWELL, Appellant, v. ST. LOUIS MERCANTILE COMPANY, Respondent.

June 1, 1880.

A transfer of stock not entered on the books of the corporation is not binding on the corporation.

APPEAL from the St. Louis Circuit Court, BOYLE, J. *Affirmed.*

S. M. SMITH, for the appellant.

WILLIAM S. HILLS, for the respondent.

LEWIS, P. J., delivered the opinion of the court.

The controlling question in this cause is, whether a transfer of stock in a corporation, not entered on the books of the company in accordance with its by-laws, is binding on the corporation, either with or without notice *aliunde* of the transfer? The court below, in sustaining the defendant's demurrer to the evidence, held that such a transfer was invalid as against the corporation. The ruling was right, and judgment must be affirmed. Wag. Stats. 289, sect. 1; *White* v. *Salisbury*, 33 Mo. 150; *Fine* v. *Hornsby*, 2 Mo. App. 61; *A. Wight Co.* v. *Steinkemeyer*, 6 Mo. App. 574.

All the judges concur.